# EXHIBIT A

ESTADOS UNIDOS DE NORTE AMERICA
ALEXANDRIA – VIRGINIA
MAYO 24 2019

SEÑOR
    JUEZ
        O'GRADY

CORDIAL SALUDO
SEÑOR JUEZ LE SUPLICO EL FAVOR QUE ME PERDONEN USTED, LOS EEUU LA SOCIEDAD, MI FAMILIA Y TODA PERSONA QUE LE HUBIESE CAUSADO DAÑO CON MI CONDUCTA TAN IRRESPONSABLE.
SEÑOR LA VERDAD ESTOY MUY ARREPENTIDO CON EL HABER PARTICIPADO EN ESTA CONSPIRACION.
TAMBIEN LE RUEGO EL FAVOR. QUE ME REGALE UNA NUEVA OPORTUNIDAD DE LIBERTAD. Y NO ME CASTIGUE TAN DURO, PARA PODER REPARAR LOS DAÑOS CAUSADOS A MI FAMILIA Y A LA SOCIEDAD.
SEÑOR ME COMPROMETO FIRMEMENTE CON USTED, LA SOCIEDAD, LOS EEUU EN SEGIR CON MI COLABORACION DICIENDO LA VERDAD PARA EL GOBIERNO

ASI MISMO CUMPLIR CON LOS COMPROMISOS QUE ME SEAN IMPUESTOS POR USTED.
UNA VEZ MAS LE PIDO PERDON Y SOY CONSIENTE QUE EL DELITO QUE COMETI PUSE EN PELIGRO LA SOCIEDAD Y NO MEDI LAS CONSECUENCIAS DEL IMPACTO MUNDIAL QUE TRAEN LAS DROGAS ILICITAS.
SEÑOR JUEZ. LE SUPLICO QUE TENGA COMPACION DE MI PERSONA QUE YA ESTOY VIEJO Y NO SOPORTO ESTA VIDA TAN TRISTE QUE ESTOY VIVIENDO EN PRISION, TAMBIEN ESTOY EN UN TOTAL ABANDONO POR CAUSA QUE ME TRAJERON EXTRADITADO A UN PAIS QUE NO TENGO A NADIE QUE ME CONOSCA Y MUCHO MENOS ME VISITEN PARA QUE ME REGALEN UNA VOZ DE ALIENTO.
ESTO PARA MI SE CONVIRTIO EN UNA TRAJEDIA POR QUE NO CONOZCO EL IDIOMA Y MUCHO MENOS SE QUE ME DICEN, Y NO ES FASIL PEDIRLE AYUDA A LOS OTROS QUE SI HABLAN EL INGLES SEÑOR ES TAN TRIZTE VER.

3

QUE PARA MI NO HAY QUIEN ME VISITE Y ME PUEDA AYUDAR CON ALGO ECONOMICO, MAS UNA VOZ DE ALIENTO, TENGO MI FAMILIA TAN LEJOS DE AQUI Y NO ME PUEDEN ENVIAR NADA.

ESTOS SENTIMIENTOS SON MUY TRISTES Y DOLOROSOS PARA MI QUE TAMBIEN SOY HUMANO Y ESTOY VIVO.

SEÑOR JUEZ LE PROMETO FIRMEMENTE ANTE MI DIOS QUE NO VUELVO A COMETER NINGUN DELITO. POR QUE ESTOY MUY ARREPENTIDO Y AFLIGIDO, TAMBIEN APRENDI A VALORAR LO POCO QUE TENGO POR AQUI, ESTE ERROR DE JUCIO NUNCA EN MI VIDA LO VUELVO A COMETER, TAMBIEN LA FALTA QUE ME HACEN MIS HIJOS Y MI FAMILIA ES MUY GRANDE Y LO MAS DOLOROSO ES QUE NO SE QUE TIEMPO VOY A ESPERAR PARA VERLOS Y ABRASARLOS DE NUEVO, ESTA ES UNA DE LAS MAS GRANDES RAZONES PARA NO VOLVER A COMETER MAS DELITOS.

SEÑOR NO SE POR QUE EN LA VIDA LE TIENEN QUE OCURRIR ESTAS COSAS TAN DURAS PARA PODER REFLEXIONAR Y MIRAR UNO LA VIDA DE OTRA MANERA, POR ESO LE PROMETO CAMBIAR PARA HACER EL MEJOR BIEN A LA SOCIEDAD

4

SEÑOR POR FAVOR SE LO RUEGO NO ME MIRE COMO UN DELINCUENTE SOY UNA PERSONA QUE COMETIO UN ERROR DE JUCIO MAS, TENGA COMPACION DE MI SE LO SUPLICO.

SEÑOR JUEZ LA GRAN RAZON DE MI VIDA SON MIS 3 HIJOS QUE ME REGALO MI DIOS, EL MENOR ES UN BEBE DE 2 AÑOS DE VIDA, Y ME HE PERDIDO LO MAS BELLO DE SU VIDA, NO PUDE VERLO DAR SUS PRIMEROS PASOS Y TAMPOCO SUS PRIMERAS PALABRAS Y AHORA NOSE CUANTO TIEMPO ME VOY A TARDAR PARA AYUDARLO A CRESER Y EDUCARLO PARA QUE NO TENGA QUE VIVIR LO QUE YO ESTOY VIVIENDO. POR ESTA GRAN RAZON LE SUPLICO NO ME CASTIGUE TAN DURO. SEÑOR MI BEBE ME NECESITA MAS POR SU CORTA EDAD, PERO LOS OTROS DOS HIJOS NECESITAN TAMBIEN DE UNA FIGURA PATERNA Y EN LIBERTAD PARA VIVIR EN FAMILIA COMO TODO SER HUMANO LO MERECE.

YO SOY CONSIENTE DEL ERROR HUMANO QUE COMETI PERO POR FAVOR REGALEME UNA NUEVA OPORTUNIDAD, DE NUEVO SE LO SUPLICO...

5

NO ME CASTIGUE TAN DURO POR FAVOR SE LO PIDO, YA ESTOY VIEJO Y NO SOPORTO ESTO TAN DURO QUE ESTOY VIVIENDO, TENGA MUCHA COMPACION DE MI PERSONA, SE LO RUEGO MI DIOS SE LO PAGARA.
SEÑOR LE AGRADEZCO CON TODA MI VIDA LO BUENO QUE PUEDA HACER Y PERDONAR PARA CON MI PERSONA MUCHAS GRACIAS

ATENTAMENTE

JOSE MAURICIO CASTAÑEDA GARZÓN

United States of North America
Alexandria - Virginia
May 24, 2019

Honorable Judge O'Grady:

Cordial greetings.  Your Honor, I I beg forgiveness of you, The U.S.A., society, my family and all people that my irresponsible behavior might have harmed.

Your Honor the truth is that I am very sorry for having participated in this conspiracy.  I also ask that you give me a new chance at liberty and that you not punish me harshly, in order to repair the damage caused to my family and society.

Your Honor, I firmly pledge to you, society and the U.S.A. to continue my collaboration telling the truth as well as honoring any commitments imposed by you.  Once again, I ask you for forgiveness and I am aware that the crime I committed put society in danger and I did not measure the consequences of the global impact that illicit drugs have.  Your Honor, I entreat you to have pity on me because I am old, and I cannot stand this sad life I am living in prison.  I am in total abandonment because they brought me here through extradition to a country where I have no one who knows me and much less able to visit me so that they can offer me words of encouragement.

This has turned out to be a tragedy because I do not know the language and I much less know what they are telling me, and it is not easy to ask the others who do speak English for help.  Your Honor, it is so sad to see that there is no one to visit me and might be help me with some money or words of encouragement - I have my family so far from here and they can't send me anything.

These feelings are very sad and painful for me - I am also human and I am alive.

Your Honor, I firmly promise you before God that I won't commit another crime because I am very sorry and distressed.  I also learned to value what little I have here.  I will never again commit this error in judgement.  Also, the yearning I have to be with my children and family is huge and what is most painful is that I don't know how long I must wait to see and hug them again.  This is one of the biggest reasons to no longer commit any crimes.  Sir, I do not know why these things that are so hard have to happen in order to reflect and for one to see life in another way, that is why I promise to change to do my best for society.

Sir, I beg you - please don't see me as a criminal, I am a person who committed an error in judgement, please have pity on me, I beg you.

Your Honor, the biggest reason for my life is the gift my God made me, my 3 children.  The youngest is a 2-year-old baby and I have missed out on the most beautiful part of his life.  I was not able to see him walk his first steps or listen to his first words and now I don't know how long

I am going to have to wait in order to help him grow and teach him so that he does not have to live through what I am living through.  For this big reason I am begging you not to punish me as hard.  Sir, my baby needs me more because of his youth but the other two children also need a paternal figure with the freedom to live as a family as all human beings deserve.

I am aware of the human error I made but please grant me the gift of a new opportunity - I beg you again.   Please do not punish me harshly, I am old, and I cannot live through this hardship I am going through.  Have pity on me, I beg you - my God will repay you.

Sir, I thank you with my whole being for what kindness you might be able to provide and forgiveness you might show me.

Thank you very much.

Kind regards,

                        José Mauricio Castaneda Garzón
                                    /signature/

Translator's certification:

I hereby certify that the translation for the below listed document is true, complete and accurate to the best of my ability and that I am competent to translate between the Spanish and English languages.

Letter to Judge - Jose Mauricio Castaneda Garzon

Thor Manuel Christensen
Professional Qualified Court Interpreter and Translator

May 30, 2019