# EXHIBIT B

Bogotá Dc- Colombia

**VIRGINIA-ESTADOS UNIDOS**

**Señor Juez**

Yo, Trini Alejandra Castañeda Romero, identificada con CC 1016079593 de Bogotá, hija de José Mauricio Castañeda Garzón, identificado con CC 79132970 de Bogotá, quien se encuentra recluido en el estado de Virginia Estados Unidos, me dirijo a usted con mucho respeto y en mi nombre y el de mi padre, quiero pedir perdón a Estados Unidos y la sociedad.

Me dirijo a usted, muy respetuosamente, y le pido con el corazón nos permita tener viva la esperanza de ver y compartir valioso tiempo con mi padre, quien erró al tomar decisiones y tomó caminos indebidos que hoy en día dolorosamente los paga él y nosotros, su familia.

Día a día, lo extraño, lo pienso y lo recuerdo porque puedo decir que soy una persona con muchos principios, una persona trabajadora que busca siempre salir adelante con el bien, practicando diariamente los valores que mis padres me enseñaron, orgullosa de tener como padre a un hombre amoroso, familiar, respetuoso. Sé que su actuar no fue el correcto, pero es un ser humano que se equivoca y el afán de sacar a mi madre, a mis dos hermanos y a mí adelante lo hizo fallar.

De nuevo, en nombre de mi padre, quiero conseguir el perdón de toda una sociedad, deseo profundamente una segunda oportunidad, para nosotros como un hogar, para mi papá, como esposo, padre de dos adultos y un menor de edad que necesita su presencia, lo vea y lo guie como un gran ser humano, pero sobre todo, para ser un mejor ciudadano.

Trini Alejandra Castañeda Romero.
1016079593.

Bogota Dc – Colombia

**VIRGINIA – UNITED STATES**

Honorable Judge:

I, Trini Alejandra Castaneda Romero, identified with National Identity Document #1016079593 from Bogota, daughter of Jose Mauricio Castaneda Garzon, identified with National Identity Document #79132970 from Bogota, who finds himself secluded in the State of Virginia, United States, address you very respectfully and on my and my father's behalf, wish to apologize to the United States and society.

I address you very respectfully and with my hearty ask that you keep the hope alive of seeing and sharing precious time with my father, who made a mistake when he made decisions and took improper paths that today, he and we, his family, painfully pay for.

I miss him day by day, I think of him and remember him because I can say that I am a person with many principles, a hard working person who always tries to get ahead by doing good, practicing daily the values my parents taught me, proud of having a loving, family oriented respectful man as a father. I know that in his behavior he was not proper, but he is a human being who makes mistakes and the desire to get my mother, my two brothers and I ahead made him fail.

Again, on my father's behalf, I wish to obtain the forgiveness of a whole society, I deeply wish a second chance for us as a family, for my father as a husband, father to two adults and a minor that needs his presence, see him and guide him to be a great human being but above all, to be a better citizen.

/signature/

Trini Alejandra Castaneda Romero

Bogotá DC- Colombia

**VIRGINIA- ESTADOS UNIDOS**

*Señor Juez*

Yo, Mary Luz Romero Sierra, identificada con CC 39760097 de Bogotá, esposa de José Mauricio Castañeda Garzón, identificado con CC 79132970 de Bogotá, quien se encuentra recluido en el estado de Virginia Estados Unidos, me dirijo a usted con mucho respeto y en mi nombre y el de mi esposo, quiero pedirle perdón a Estados Unidos y la sociedad.

Mi esposo, aunque le falló a la sociedad, es un buen hombre, el mejor esposo y padre del mundo, él tomó malas decisiones y falló como cualquier ser humano, pero le pido con mucho respeto, darle una segunda oportunidad para que pueda enmendar su error con la sociedad, ser el padre y amigo de sus tres hijos, que pueda, junto a mí, ver crecer y formar como un buen ciudadano a su hijo menor, Dylan Mauricio Castañeda Cuellar.

Soy casada por la iglesia y he convivido con él por 33 años y puedo darle Fe de que Mauricio ha sido un buen vecino, buen esposo, buen padre, buen hijo y buen hermano. Está arrepentido de sus errores y sufre mucho la ausencia de su familia, así mismo, nosotros, su familia lo extrañamos y amamos cada día, por eso le pido nos den una segunda oportunidad como familia y le pedimos perdón al país y a la sociedad en general por los errores y el daño que cometió mi esposo.

Agradezco su atención.

Mary luz Romero S.
CC 39760097 Btá

Bogota DC – Colombia

**VIRGINIA – UNITED STATES**

Honorable Judge:

I, Mary Luz Romero Sierra, identified by National identity Document 39760097 from Bogota, wife of Jose Mauricio Castaneda Garzon, identified by national Identity Document 79132970 from Bogota, who finds himself secluded in the State of Virginia, United States, address you very respectfully on my and my husband's behalf, I wish to apologize to the United States and society.

My husband, even though he failed society, is a good man, the best husband and father in the world, he made bad decisions and failed like any human being, but I ask you very respectfully, that you give him a second chance so that he might amend his mistake to society, be the father and friend of his three children, that he might, along with me, see his youngest son, Dylan Mauricio Castaneda Cuellar grow and become a good citizen.

I was married by the Church and have lived with him 33 years, and I can attest that Mauricio has been a good neighbor, good husband, good father, good son and good brother.  He is sorry for his mistakes and suffers the absence of his family greatly.  Likewise we, his family, miss him and love him every day, that is why I ask you give us a second chance as a family and we apologize to the country and society in general for the mistake and damage that my husband made.

I thank you for your attention.


/signature/

Mary Luz Romero S.

National Identity Document 39760097 - Bogota

HONDA –TOLIMA COLOMBIA-  Virginia Estados Unidos- Abril 25 de 2019

Señor JUEZ

Por medio de la presente me dirijo al Juez  encargado de juzgar  al detenido
JOSE MAURICIO CASTAÑEDA GARZON   en Virginia Estados unidos, por el
delito NARCOTRAFICO.

Mi nombre ANA DOLY CASTAÑEDA GARZON, identificada con Cedula de
ciudadanía #39.699.065 de Bogotá Colombia,  en calidad de Hermana del
detenido en mención.

Asunto Solicito al señor Juez  con mucho respeto  clemencia para mi hermano,
sabemos que ha cometido un error y tiene que responder por eso, pero él ha
sido una buena persona  y como familia siempre dispuesto a colaborar con
nosotros,  somos una familia humilde pero muy unida nos amamos y este
problema  nos tiene consternados  y también  nos ha traído  mucho dolor  y
desequilibrio familiar.

Rogamos señor Juez tener en cuenta que el cometió ese error  pero siempre
ha sido  un hombre de buenos sentimientos,  y yo personalmente deseo  a mi
hermanito de regreso al hogar.

De antemano le doy mis agradecimientos por la colaboración que Ud. Señor
Juez nos pueda brindar, con la esperanza que él pueda regresar  al seno del
hogar.

Atentamente

ANA DOLY CASTAÑEDA GARZON
C/C#39.699.065 DE BOGOTA- COLOMBIA

HONDA – TOLIMA COLOMBIA – Virginia United States – April 25th, 2019

Honorable Judge:

By means of this letter I address the Judge in charge of judging the detained JOSE MAURICIO CASTANEDA GARZON in Virginia, United States, for the crime of Drug Trafficking.

My name is ANA DOLY CASTANEDA GARZON, Identified by Citizenship Identity Card #39.699.065 from Bogota, Colombia as sister to the aforementioned detainee.

Matter: I very respectfully request the Honorable Judge clemency for my brother, we know he has committed a mistake and he must answer to that, but he has been a good person and as family has always been ready to collaborate with us, we are a family of humble means but very close, we love each other and this problem has us dismayed and has brought us a great deal of pain and family imbalance.

Honorable Judge we pray you keep in mind that he committed this mistake but always has been a man of good feelings and I personally wish my little brother back home.

I thank you in advance for any help that you, Honorable Judge, might provide us, with the hope that he might return soon to the family bosom.


Kind regards,

/signature/

ANA DOLY CASTANEDA GARZON

C.C#39.699.065 FROM BOGOTA – COLOMBIA.

Bogotá Dc- Colombia

**VIRGINIA- ESTADOS UNIDOS**

Señor Juez

Yo, Fabián Mauricio Castañeda Romero, identificado con CC 1016051829 de Bogotá, hijo de José Mauricio Castañeda Garzón, identificado con CC 79132970 de Bogotá, quien se encuentra recluido en el estado de Virginia Estados Unidos, me dirijo a usted con mucho respeto y en mi nombre y el de mi padre, quiero pedirle perdón a estados unidos y a la sociedad.

Soy consciente que mi padre tomó decisiones en su vida que no fueron buenas y hoy lo llevan estar lejos de nosotros y es algo por lo que en mi propio nombre y el de mi padre pido disculpas a toda una sociedad. Mi padre no es perfecto, pero es el mejor padre que he conocido, siempre ha estado aconsejándome y guiándome para ser un buen ser humano, una persona útil para la sociedad, a él y a mi madre les debo ser un hombre de bien o hoy en día, pero un hombre que extraña y necesita diariamente de su padre.

Señor Juez, le pido nos dé una nueva oportunidad, como familia, como padre e hijo y mejores amigos que somos.

Anhelo pronto volver a ver mi papá, volver a compartir con él, poder sentarme junto a él, que esté en los mejores y peores momentos de mi vida como lo ha hecho desde siempre

Agradezco su atención.

C.C. 1016051829
Fabian Mauricio Castañeda Romero

Bogota Dc – Colombia

**VIRGINIA – UNITED STATES**

Honorable Judge:

I, Fabian Mauricio Castaneda Romero, identified with National Identity Document 1016051829 from Bogota, son of Jose Mauricio Castaneda Garzon, identified with National Identity Document 79132970 from  Bogota, who finds himself secluded in the State of Virginia, United States, address you very respectfully and on my behalf and that of my father's, wish to apologize to the United States and society.

I am aware that my father made decisions in his life that were not good and cause him today to be far from us and is something for which in my behalf and that of my father's, apologize to all of society.  My father is not perfect but is the best father that I have known, he has always counseled and guided me to be a good human being, a person who is useful to society and I owe him and mother being a good man or today (sic) but a man who missed and needs his father daily.

Honorable Judge, I ask you give us as a family, as father and son, as best friends that we are, a new opportunity.

I long to see my father soon, to share with him, be able to sit beside him, that he be present in the best and worst moments of my life as he has always done.

I thank you for your attention.

/signature/

National Identity Document 1016051829

Fabian Mauricio Castaneda Romero

Bogotá – Colombia

Virginia – Estados Unidos

Respetado Juez.

Yo, Gloria Eugenia Castañeda Garzón con CC 41616634 de Bogotá, soy hermana de José Mauricio Castañeda Garzón, le pido por favor que tenga en cuenta mis palabras y el buen ser humano que es mi hermano.

Que sé que él cometió un error por lo que hizo, pero falló como todos lo seres humanos en algún momento de desesperación podemos fallar.

Yo le pido en lugar de hermano mayor, que me permita pasar más tiempo con mi hermano, lo extraño mucho y lo necesito, temo no volver a verlo ya que para una persona de mi edad es muy difícil conseguir los medios para poder verlo en el extranjero, además de mi edad.

Mi hermano Mauricio es un pilar para toda la familia, siempre ha estado junto a nosotros y desde pequeño a sido una persona con un gran corazón.

Le pido a Dios todos los días por su bienestar y para que pronto esté junto todos sus hermanos, sus sobrinos, sus cuñados, esposa e hijos.

Señor Juez, le pido tenga en cuenta esta carta y me pueda brindar la alegría de volver a mi hermano, le agradezco mucho su tiempo y la comprensión.

ATENTAMENTE

Gloria Eugenia Castañeda Garzón

Bogota – Colombia

Virginia – United States

Respected Judge:

I, Gloria Eugenia Castaneda Garzon, with National Identity Document 41616634 from Bogota, am the sister of Jose Mauricio Castaneda Garzon and I ask you keep my words and the good human being that brother is in mind.

I know he made a mistake by what he did, but he made a mistake as all human beings in a moment of despair can make.

I ask on my older brother's behalf, that you allow me to spend more time with my brother, I miss and need him very much and I fear no longer see him as a person of my age it is very difficult to obtain the means by which to see him abroad, in addition to my age.

My brother Mauricio is a pillar for the whole family, he has always been together with us and since small has been a person with a great heart.

I ask God every day for his welfare and that he might soon be together with all his brothers and sisters, his nephews and nieces, his in laws, wife and children.

Honorable Judge, I ask you keep this letter in mind and that you might provide me with the happiness of returning my brother, I thank you very much for your time and your understanding.

KIND REGARDS,

Gloria Eugenia Castaneda Garzon

41616634 Bogota

/signature/



Bogotá - Colombia,
Virginia - Estados Unidos

Señor Juez, yo Flor Marina Romero Sierra
con CC 20793240 de Pacho Cundinamarca,
cuñada de José Mauricio Castañeda Garzón,
con CC 79132970 de Bogotá,

Declaro que conozco a Mauricio hace 35
años y es una persona ejemplar, buen
esposo, buen padre, era buen hijo, buen
hermano, tío y cuñado.

Siempre ha sido una persona respetuosa,
responsable, colaboradora y especial.

Por tanto, pido muy respetuosamente, tenga
en cuenta esta carta, le pido le dé otra
oportunidad, por él y por mi hermana, mis
sobrinos que están sufriendo tanto la
ausencia de él como padre y esposo.

Atm:

Flor Marina Romero Sierra.
CC 20793240.

Bogota – Colombia

Virginia – United States

Honorable Judge, I Flor Marina Romero Sierra, with National Identity Document 20793240, from Pacho Condinamarca, sister in law of Jose Mauricio Castaneda Garzon, with National Identity Document 79132970 from Bogota, declare that I have known Mauricio for 35 years and that he is an exemplary person, a good husband, good father, he was a good son, good brother, uncle and brother in law.

He has always been a respectful, responsible, helpful and special person.

Therefore, I very respectfully ask you keep this letter in mind, I ask that you give him a new opportunity, for him and for my sister, my nephews that are suffering his absence as a father and husband so much.

Kind regards

/signature/

Flor Marina Romero Sierra

National Identity Document 20793240



Bogotá, Colombia
Virginia - Estados Unidos

Sr. Juez

La presente tiene como motivo
Contar mi relación con mi Tio Jose
Mauricio Castañeda, un hombre que
siempre tiene a su familia como
prioridad, excelente papa, sus
hijos Trini y fabian siempre fueron
lo mas importante en su vida, luego
se sumo Dylan, para darle aun
mas sentido a su vida, a su
hogar, le pedimos tenga en cuenta
que es un hombre bueno, amoroso
familiar, confiamos en Dios y
Por supuesto en que se replantee su
Conducta



Cordialmente:

Ingrid Jineth Barrera Castañeda
C.C. 1016044401

Bogota, Colombia

Virginia – United States


Honorable judge:

The enclosed has the motive of telling you about my relationship with my uncle Jose Mauricio
Castaneda, a man who always his family as a priority, excellent father, his children Trini and Fabian were
always the most important thing in his life, later Dylan was added to give even more reason to his life, to
his home.  We ask you keep in mind that he is a good man, family /illegible/.  We trust in God and of
course that his sentence be reassessed.

Cordially,

Ingrid Jineth Barrera Castaneda

National Identity Document 1016014401

Bogota - colombia..

Virginia - estados unidos..

Señor Juez...

Yo JOHN mario martinez con cedula N: 80.162788
de la ciudad de Bogotá conozco al señor
mauricio castañeda Garzón con cc. 79132970
de Bogotá puedo dar fe de que el señor
mauricio es buen hombre muy respetuoso
y responsable con su hogar.

Desde que lo conozco se que es un hombre
muy trabajador y honrado y que su
prioridad siempre es su familia.

Tambien conozco su nucleo familiar
y son personas de bien con muchos
valores y de quienes puedo decir
que sufren la ausencia del señor
mauricio a diario.

JOHN mario
martinez

Bogota – Colombia

Virginia – United States


Honorable Judge:

I, John Mario Martinez, with National Identity Document #80.162788, from the city of Bogota, know Mr. Mauricio Castaneda Garzon with National Identity Document 79132970 from Bogota. I can attest that Mr. Mauricio is a good man, very respectful and responsible towards his home.

Since I have known him, I have known that he is a very hard working and honest man and that his family is always his priority.

I also know his household and they are good people with many values and whom I can say are suffering the absence of Mr. Mauricio daily.


John Mario Martinez

National Identity Document 80.162788

25 de abril de 2019

Bogotá-Colombia

Virginia-Estados Unidos

Respetado Sr. Juez.

Mi carta el día de hoy es para hablarle de mi hermano José Mauricio Castañeda Garzón con C.C 79.132.970 quien en este momento se encuentra recluido en Virginia; mi hermano antes de ser hijo, papa, esposo, hermano y tío es un ser humano que cometió un error del cual sé que se encuentra arrepentido por esta razón pido una oportunidad para él, para poder reivindicarse con Dios, la sociedad y su familia.

Mauricio siempre ha sido una persona amable, respetuosa y amorosa, nos encontramos deseosos de reunirnos con el prontamente para poder compartir momentos especiales siendo el un motor primordial para la familia.

Lo extrañamos y en vista que no podemos trasladarnos hacia el sitio donde se encuentra para visitarlo y poder tener un contacto presencial, solicitamos a usted de manera respetuosa tenga en cuenta la angustia de la familia ya que nunca nos hemos separado y esta situación hace sentir el vacío más profundo para nosotros.

Agradezco tenga en cuenta mis palabras y los sentimientos de la familia.

_Luz Morina Castoñeda G._

Luz Marina Castañeda Garzón

C.C. 39747256 de Bogotá

Bogota – Colombia

Virginia – United States


Respected and Honorable Judge:

Today's letter is to speak to you of my brother, Jose Mauricio Castaneda Garzon, with National Identity Document #79.132.970, who at this moment finds himself secluded in  Virginia; before being a son, father, brother and uncle, my brother is a human being who made a mistake for which I know he is sorry, for this reason I ask for him an opportunity, so that he might re-vindicate with God, society and his family.

Mauricio has always been a kind, respectful and loving person, we find ourselves wishing to reunite with him soon so that we might share special moments as he is a major engine for the family.

We miss him and since we cannot move to the place where he is in order to visit him and have an in person contact, we ask of you, in a very respectful manner, that you keep in  mind the family anguish given that we have never separated and this situation makes us feel the deepest emptiness.


I thank you for keeping my words and the feelings of my family in mind.

/signature/

Luz Marina Castaneda Garzon

National Identity Document 39747256 from Bogota

yo Sandra Liliana Romero
Sierra con C.C 39760631
conozco a Jose Mauricio
Castañeda hace 33 años
y es una persona muy
buena persona, buen Hermano
esposo papá y amigo y
apesar de sus errores nosotros
sus familiares y amigos pedimos
una oportunidad para q pueda
estar con sus familiares y sobre
todo con su hijito de 2 años
que tanto lo necesita gracias
x la atención prestada.
para la carcel de virginia EE UU

Sandra

www.croydon.com.co

I, Sandra Liliana Romero Sierra, with National identity Document #39760631, have known Jose Mauricio Castaneda for 33 years and he is a person who is a very good person, good brother, husband, father and friend and in spite of his mistakes we his family and friends ask for an opportunity so that he might be with his family and above all with his small 2 year old son that needs him so much.

Thank you for the attention provided.

/signature/



**REPUBLICA DE COLOMBIA**
**BOGOTA D.C.**
**LOCALIDAD DE FONTIBON**
**JUNTA ADMINISTRADORA LOCAL**



A QUIEN INTERESSE

Por médio de la presente certifico que conosco al señor JOSE MAURICIO CASTAÑEDA GARZON identificado con la Cédula de Ciudadania No 79.132.970 de Bogotá, que es un señor conocido de la localidad de Fontibon y residente de la misma hace aproximadamente treinta años (30).
Trabajador, honesto, cumplidor de sus deberes y es persona de convivecia social.

Se expide a los dos (2) días del més de Marzo del 2019.

EDUARDO GOMEZ RUIZ
EDIL LOCALIDAD FONTIBON

**CALLE 18 No. 99-56**
Teléfonos: 2984841 – 4155635
Correo electrónico: jalfontibon@goblernobogota.gov.co
**JAL** Fontibon   **@JALFontibon**

**Scanned with CamScanner**

REPUBLIC OF COLOMBIA

BOGOTA D.C.

FONTIBON LOCALITY

LOCAL ADMINISTRATIVE COUNCIL

TO WHOM IT MAY CONCERN:

By this means I certify that I know Mr. JOSE MAURICIO CASTANEDA GARZON, identified with National Identity Document #79.132.970 from Bogota, that he is a man known in the Fontibon locality and resident of the same for approximately thirty (30) years.

Hard working, honest, dutiful, and is a person of social coexistence.

Issued on the second (2nd) day of the month of March of 2019

/signature/

EDUARDO GOMEZ RUIZ

FONTIBON LOCALITY COUNSILOR



**REPUBLICA DE COLOMBIA**
**BOGOTA D.C.**
**LOCALIDAD DE FONTIBON**
**JUNTA ADMINISTRADORA LOCAL**



A QUIEN INTERESSE

Por médio de la presente certifico que conosco al señor JOSE MAURICIO CASTAÑEDA GARZON identificado con la Cédula de Ciudadania No 79.132.970 de Bogotá, que es un señor conocido de la localidad de Fontibon y residente de la misma hace aproximadamente treinta años (30).
Trabajador, honesto, cumplidor de sus deberes y es persona de convivecia social.

Se expide a los siete (7) días del més de Marzo del 2019.

JULIO RAMON ACOSTA TELLEZ
EDIL LOCALIDAD FONTIBON

**CALLE 18 No. 99-56**
Teléfonos: 2984841 – 4155635
Correo electrónico: jalfontibon@gobiernobogota.gov.co
 JAL Fontibon  @JALFontibon

**Scanned with CamScanner**

TO WHOM IT MAY CONCERN:


By this means I certify that I know Mr. JOSE MAURICIO CASTANEDA GARZON, identified with National Identity Document #79.132.970 from Bogota, that he is a man known in the Fontibon locality and resident of the same for approximately thirty (30) years.

Hard working, honest, dutiful, and is a person of social coexistence.


Issued on the seventh (7th) day of the month of March of 2019


/signature/

JULIO RAMON ACOSTA TELLEZ

FONTIBON LOCALITY COUNSILOR



# AGRUPACION RESIDENCIAL LA COFRADIA
NIT.800.227.060-1

## CERTIFICACION

En calidad de administradora del conjunto Residencial la cofradía ubicada en la carrera 97N. 24B35 barrio Fontibón-Bogotá, certifico que el señor JOSE MAURICIO CASTAÑEDA GARZON Identificado con cedula de ciudadanía 79.132.970 de Bogotá reside en este conjunto hace once (11) años, de quien puedo dar FE que tiene una excelente convivencia con nuestra comunidad.

Se expide a solicitud del interesado a los seis (6) días del mes de marzo del 2019

Cordialmente,

LUZ YOLANDA CANO H.
Administradora

CONJUNTO RESIDENCIAL
LA COFRADIA
NIT: 800.227.060-1
TEL: 5405624

Carrera 97 No. 24 B - 35 - Telefax: 421 30 54 - Bogotá D.C.

Scanned with CamScanner



# AGRUPACION RESIDENCIAL LA COFRADIA

NIT.800.227.060-1

LA COFRADIA

| Nombre | No Cedula | Firma. |
|---|---|---|
| John Eric Quecano | 79125670 | |
| Cristina Barragan | 39 746 797 | Cristina Barragán |
| Vilma Tovar | 51 682 411 | |
| Ma Yolanda Tovar | 41 617 617 | |
| Yully Muñoz López | 1015994626 | Yully Muñoz López |
| Gloria Muñoz López | 52.319.270 | Gloria Muñoz 52. |
| Joselin Pinilla C. | 17.175 353 | |
| Luis Rojas | 7276 82C | |
| James Castro C. | 79131442. | |
| | 39'702152 | |
| | 20485857 | |
| | 2999 427 | |
| Perla Vivian Rodriguez C. | 1016091826 | |
| Omar Humberto Cano | 79172983 | |
| Miguel Angel Pinilla Cruz | 1010465398 | |
| Victor Hugo aponza | 1022354006 | |

AGRUPACION RESIDENCIAL LA COFRADIA

Carrera 97 No. 24 B - 35 - Telefax: 421 30 54 - Bogotá D.C.

Scanned with CamScanner



# AGRUPACION RESIDENCIAL LA COFRADIA
### NIT.800.227.060-1

**LA COFRADIA**

| Nombre | No Cedula | Firma |
|---|---|---|
| Luz Myriam | 31714505 | |
| James Castro | 1016000714 | |
| Juliette castro | 1016054371 | |
| Javier Guzman Triana | 16015106 | |
| William Nieto | 79280327 | |
| Myriam Perez | 41657657 | |
| Virgilia Balderon | 25.097952 | |
| Luis Ortil | 79.285820 | |
| Alberto perela | 19306309 | |
| Lilia Azucena Prieto | 23322820 | |
| Jose L. Alfonso | 79.115.311 | Josell |
| Diego Hernando Laporte | 80161349. | |
| Ricardo Vaca C. | 1015994.579. | Jose Ricardo Vaca |
| Yaneth Velasquez | 52473422 | |
| Maria Alejandra Rozo Quintero | 1028019.914. | Alejandra Rozo |
| Bertha Fernández | 23017861 | Bertha Fernandez |

Carrera 97 No. 24 B - 35 - Telefax: 421 30 54 - Bogotá D.C.

Scanned with CamScanner

LA COFRADIA RESIDENTIAL ASSOCIATION

CERTIFICATION

In my role of administrator of the La Cofradia Residential Association, located on Street 97N, 24B35, in the Fontibon neighborhood – Bogota, I certify that Mr. JOSE MAURICIO CASTANEDA GARZON, identified by means of National Identity Document # 79.132.970 of Bogota, has lived in this collective for eleven (11) years, of whom I can ATTEST has an excellent cohabitation with our community.

Issued at the request of the interested party on the sixth day of March, 2019.

Cordially,

/signature/

LUZ YOLANDA CANO H.

Admionistrator

| Name | National Identity Document # | Signature |
|---|---|---|
| John (illeg.) Quezano | 79125070 | /signatura/ |
| Cristina Barragan | 39746797 | /signatura/ |
| Vilma Tovar | 51682411 | /signatura/ |
| Maria Yolanda Tovar | 41617617 | /signatura/ |
| Yully Munoz Lopez | 101594626 | /signatura/ |
| Gloria Munoz Lopez | 52.319.270 | /signatura/ |
| Joselin Padilla C. | 1175353 | /signatura/ |
| Luis Rojas | 7276820 | /signatura/ |
| James Castro C. | 79131442 | /signatura/ |
| /illegible/ | 39702.152 | /signatura/ |
| /Illegible/ | 204855857 | /signatura/ |
| /illegible/ | 2999427 | /signatura/ |
| /illeg/Vivian Rodriguez | 101091825 | /signatura/ |
| Omar Humberto Cano | 79132983 | /signatura/ |
| Miguel Angel Pinilla Cruz | 1018465398 | /signatura/ |
| Victor Hugo Aponza | 1022354006 | /signatura/ |

| Name | National Identity Document # | Signature |
|---|---|---|
| Luz Mirian | 31714505 | /signatura/ |
| James Castro | 1016000714 | /signatura/ |
| Juliette Castro | 2026054371 | /signatura/ |
| Javier Guzman /illeg/ | 16015106 | /signatura/ |
| Hillary Acosta | 79280324 | |
| Miriam Perez | 79280324 | |
| Virgilia Calderon | 25.097492 | |
| Luis Ortiz | 79285820 | |
| Alberto Ortega | 19306309 | |
| Delia (illegible) | 13306309 | |
| Jose L. Alfonso | 79.115.311 | |
| Diego Armando Lapuente | 80161349 | |
| Ricardo Vaca c. | 101599579 | |
| Yaneth Velasquez | 52473922 | |
| Maria Alejandra Rozo Quintero | 1018079 914. | |
| /illegible/ | | |

Translator's certification:

I hereby certify that the translation for the below listed documents is true, complete and accurate to the best of my ability and that I am competent to translate between the Spanish and English languages.

Letter from Trini Alejandra Castaneda Romero - Jose Mauricio Castaneda Garzon
Letter from Mary Luz Romero Sierra - Jose Mauricio Castaneda Garzon
Letter from Ana Doly Cataneda Garzon - Jose Mauricio Castaneda Garzon
Letter from Fabian Mauricio Castaneda Romero - Jose Mauricio Castaneda Garzon
Letter from Gloria Eugenia Castaneda Garzon - Jose Mauricio Castaneda Garzon
Letter from Flor Marina Romero Sierra - Jose Mauricio Castaneda Garzon
Letter from Ingrid Jineth Barrera Castaneda - Jose Mauricio Castaneda Garzon
Letter from John Mario Martinez - Jose Mauricio Castaneda Garzon
Letter from Luz Marina Castaneda Garzon - Jose Mauricio Castaneda Garzon
Letter from Sandra Liliana Romero Sierra - Jose Mauricio Castaneda Garzon
Letter from Eduardo Gomez Ruiz - Jose Mauricio Castaneda Garzon
Letter from Julio Ramon Acosta Tellez - Jose Mauricio Castaneda Garzon
Residential Association Certificate - Jose Mauricio Castaneda Garzon

Thor Manuel Christensen
Professional Qualified Court Interpreter and Translator

May 27, 2019